# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D2024-1821
LT Case No. 2019-CF-003765-A

—————————————————

GERALD MANN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Marion County.
Peter Matthew Brigham, Judge.

Gerald Mann, Lake City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.

November 19, 2024

PER CURIAM.

AFFIRMED. *See Boyd v. State*, 336 So. 3d 838 (Fla. 5th DCA 2022) ("requiring summary affirmance when appeal does not present legally dispositive issue expressly reserved for appellate review" (citing *Leonard v. State*, 760 So. 2d 114, 119 (Fla. 2000))).

JAY, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____